# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00784-CV

**Alyssa Lee Brewer, Appellant**

**v.**

**James Patrick Esquenazi, Appellee**

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 292,406-E, STEVEN J. DUSKIE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Alyssa Lee Brewer has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Justices Baker, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: January 17, 2023